El Pueblo *v.* Barrios.

No. 33.—Resuelto en Octubre 8, 1904.

Apelación procedente de la Corte de Distrito de Arecibo·

APELACIÓN—PLIEGO DE EXCEPCIONES—ERROR MANIFIESTO EN AUTOS.—No habiendo pliego de excepciones, ni apareciendo en los autos error alguno que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Ramos, (José C.).*

Abogado del apelado: *Sr. Rossy, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la siguiente opinión del Tribunal.

La presente es una causa seguida en la Corte de Distrito de Arecibo contra Ramón Barrios por el delito de acometimiento y agresión con circunstancias agravantes. En 17 de Mayo del corriente año, el Fiscal formuló acusación contra dicho Barrios; consignando en ella los hechos del siguiente modo:

"En la tarde del 11 de Mayo de 1904 el citado Ramón Barrios se dirijió á Bienvenido Laguna para pedirle explicaciones por un comunicado que el Laguna habia publicado en el periódico "La Chispa" de aquél pueblo, y cuyo comunicado juzgó Barrios ofensivo para él, y con ese motivo surgió entre ambos una pendencia haciéndose mútuamente varios disparos de rewolver sin llegar á herirse."

En 25 del mismo mes celebróse el juicio oral, y el Tribunal considerando probados los hechos consignados en la acusación, declaró culpable al acusado y le condenó á sufrir seis meses de cárcel en la de San Juan y al pago de las costas procesales.

Contra esta sentencia interpuso el acusado apelación para ante este Tribunal y en las copias remitidas por el Secretario de la Corte Inferior no consta pliego alguno de excepciones, ni se ha podido encontrar, despues de un exámen cuidadoso de las transcripciones de los autos, error alguno en que fundar la revocación de la sentencia dictada por la Corte de Distrito. La vista ante este Tribunal tuvo lugar en el dia de ayer; la representación del apelante no compareció, ni ha expresado por escrito los fundamentos de la apelación que ha establecido; por todas estas consideraciones soy de opinión que la sentencia dictada en esta causa por la Corte de Distrito de Arecibo debe confirmarse, con las costas del recurso al apelante.

*Confirmada.*

Jueces concurrentes, Sres. Presidente, Quiñones, y Asociados, Hernández, Figueras y MacLeary.